DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH T. LAMAR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1364

_____

December 5, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Sarasota County; Dana M. Moss, Judge.

Jacob Grollman of Grollman Law, P.A., Bradenton, for Appellant.

PER CURIAM.

 Affirmed.

LUCAS, C.J., and KELLY, and KHOUZAM, JJ., Concor.

_____

Opinion subject to revision prior to official publication.